

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00324-CV

Jose **CORONA**, as Personal Representative of the Estate of Olivia Corona,
Appellant

v.

**ANDY'S CAR WASH, INC.**,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 20-05-38860-MCV
Honorable Maribel Flores, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's Final Summary Judgment is AFFIRMED. Costs of appeal are assessed against appellant.

SIGNED June 22, 2022.

_____
Lori I. Valenzuela, Justice